```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 21CR10051 |
| | ) |
| SANTO SANTANA VIZCAINO | ) |

**MOTION TO WITHDRAW APPEARANCE OF COUNSEL (RENEWED)**

Please withdraw my appearance as retained counsel for Mr. Santo Santana Vizcaino. Mr. Santana Vizcaino is now represented by Attorney Elliot Weinstein. A previous motion to withdraw was denied by the Court because new counsel had not yet filed an appearance.

                                        Respectfully submitted,
                                        Santo Santana Vizcaino
                                        By and through his Attorney,
                                        <u>/s/ Murat Erkan</u>
                                        Murat Erkan, BBO# 637507
                                        Erkan & Associates, LLC
                                        300 High Street
                                        Andover, MA 01810
                                        murat@erkanlaw.com
Date: January 27, 2022             (978) 474-0054

**CERTIFICATE OF SERVICE**

I, Murat Erkan, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 27, 2022.

                                        <u>/s/ Murat Erkan</u>
                                        Murat Erkan, BBO: 637507
                                        Erkan & Associates, LLC
                                        300 High Street
                                        Andover, MA 01810
                                        (978) 474-0054
                                        murat@erkanlaw.com